UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-052(ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE ANTHONY BOYD,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-052(ADM)

Defendant Name

Steve Anthony Boyd

Remove AUSA

Joseph T. Walbran

Add AUSA

James E. Lackner

Dated: July 21, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ Joseph T. Walbran
BY: JOSEPH T. WALBRAN
Assistant U.S. Attorney
Attorney ID No. 113700