UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-52(ADM)

UNITED STATES OF AMERICA,

Plaintiff, ORDER

v.

STEVEN ANTHONY BOYD,

Defendant.

---

Defendant has filed a Motion to Quash Warrant and a Motion for Order to be Discharged from Supervised Release in the above matter.

IT IS HEREBY ORDERED that the United States shall respond to said motions on or before June 23, 2006.

Dated: June 9, 2006.

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT