PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

COPY

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steve Anthony Boyd**

**Docket No. 0:02CR00052-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Mark A. Mills**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steve Anthony Boyd** who was sentenced for Possession with Intent to Distribute Marijuana on September 29, 1999, by the Honorable Wiley Y. Daniel, sitting in the court at Denver, CO, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Mandatory drug testing
- Financial disclosure

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: While on supervised release, the defendant shall not commit any federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

On April 21, 2005, the defendant was stopped by the Arizona Department of Public Safety I-40, milepost 227 for violation of Following Distance. A search of the rented vehicle revealed approximately 89 pounds of marijuana in two suitcases. He was booked into the Coconino County Jail in Flagstaff, Arizona, for Possession of Marijuana for Sale and Transport.

STANDARD CONDITION #1: The defendant shall not leave the judicial district without permission of the Court or probation officer.

The defendant was arrested in Arizona on April 21, 2005. He did not have permission to travel outside the District of Minnesota..

STANDARD CONDITION #6: The defendant shall notify the probation officer ten days prior to any change in residence or employment.

The defendant left his employment with Hawkins Chemical at the end of February, 2005, according to defendant's former supervisor Bill Whillock. To date defendant has not reported this change in his employment status.

APR 27 RECD

PRAYING THAT THE COURT WILL ORDER That a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

It is therefore requested that a warrant be issued for the defendant because he has violated the conditions of his supervised release. A warrant rather than a summons is requested because the defendant left the District of Minnesota without permission and traveled to the state of Arizona where he was found with 89 pounds of marijuana and arrested for Possession of Marijuana for Sale and Transport. He also left his job at the end of February and never reported this to the probation office

ORDER OF THE COURT

Considered and ordered this 27th day of April, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Mark A. Mills
U.S. Probation Officer

Executed on April 27, 2005
Place Minneapolis