# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-52(ADM)

STEVEN ANTHONY BOYD,

Defendant(s).

I hereby certify that on June 21, 2006, I served, or caused to be served, the following documents:

Government's Response to Defendant's Motion to Quash Warrant And Motion For Order to be Discharged From Supervised Release

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Steven Boyd
# 15682
Arizona State Prison Complex - Douglas
Mohave Unit
PO Box 5002
Douglas, AZ 85608

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
First Assistant U.S. Attorney
Attorney ID Number 59298