# UNITED STATES DISTRICT COURT

**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS. SUITE 1500
TUCSON. ARIZONA 85701-5010

October 25, 2006

Clerk of Court
District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

RECEIVED
BY MAIL
2006 OCT 30 AM 10: 11
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

RE: USA v. Steve Anthony Boyd
Your case number: CR 02-52(1) ADM
Arizona case number: 06-06226M-001

Dear Clerk of the Court: Rule 5 Docs

The above charge originated in your district. The defendant has appeared before Magistrate Judge David K. Duncan in the District of Arizona. The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

Enclosed are the certified copies of the original documents in our file. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By:s/Christine Boucher
Christine Boucher
Deputy Clerk

Enclosures

SCANNED
OCT 31 2006
U.S. DISTRICT COURT ST. PAUL

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Phoenix

MAGISTRATE JUDGE'S MINUTES

DATE: 10/24/2006 CASE NUMBER: 06-06226M-001

USA vs. Steve Anthony Boyd

U.S. MAGISTRATE JUDGE: DAVID K. DUNCAN #: 70BL

A.U.S. Attorney Chuck Hyder for Darcy A. Cerow INTERPRETER ______
LANGUAGE ______

Attorney for Defendant Celia M. Rumann (AFPD)
MATERIAL WITNESS(es): ______
MATERIAL WITNESS(es) state true name(s) to be: ______
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 10/23/2006
☒ Financial Afdvt taken
☒ Rule 5(c)(3)

☒ Initial Appearance
☐ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

☒ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| | |
|---|---|
| **DETENTION HEARING:** RESERVED FOR PROSECUTING DISTRICT<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ______<br>☐ Defendant continued detained pending trial | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br>☒ Warrant of removal issued. |
| **PRELIMINARY HEARING:** RESERVED FOR PROSECUTING DISTRICT<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: ______<br>☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: ______

I hereby attest and certify on 10/25/06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By [signature] Deputy

Recorded by Courtsmart
BY: Michele Morgan
Deputy Clerk

IA: 2 min
ID: 1 min

X FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 24 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___________ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
Plaintiff,
-vs-
Steve Boyd,
Defendant.

No. 06-6226M

**ORDER APPOINTING COUNSEL**

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: Supervised Release Violation,

**IT IS HEREBY ORDERED** appointing the Federal Public Defender by:

( ) United States District Judge ___________

(X) United States Magistrate Judge David K. Duncan

**CASE ASSIGNED TO:** Celia Rumann
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this 24th day of October, 2006.

[signature]

UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on 10/25/06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By C. Bucher Deputy

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

X FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 2 4 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE ___ DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
V.
Steve Anthony Boyd

## WAIVER OF RULE 5(c)(3) HEARINGS
(formerly Rule 40)

CASE NUMBER: 06-6226M

I, Steve Anthony Boyd, understand that in the ___ District of Minnesota, charges are pending alleging violation of Supervised release and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( X ) identity hearing

(   ) preliminary examination

(   ) identity hearing and have been informed I have no right to a preliminary examination

( X ) identity hearing but request a preliminary examination be held in the prosecuting district

( X ) I reserve my right to have a detention hearing in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

I hereby attest and certify on 10-26-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By [signature] Deputy

Steve Boyd
*Defendant*

C. R[signature]
*Defense Counsel*

10/24/06
*Date*

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

RECEIVED U.S. MARSHALS SERVICE

District of ARIZONA

UNITED STATES OF AMERICA
V.
Steve Anthony Boyd

'06 OCT 25 -8 :51
DISTRICT OF ARIZONA

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR 02-52(1) ADM | 06-06226M-001 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint X Other (specify) Petition on Supervised Release

**charging a violation of**

**DISTRICT OF OFFENSE**
District of Minnesota

**DESCRIPTION OF CHARGES:**

Violating conditions of Supervised Release

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language:

DISTRICT OF ARIZONA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10-24-06
Date

[signature]
United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

I hereby attest and certify on 10-30-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By [signature] Deputy

CLOSED

**U.S. District Court**
**DISTRICT OF ARIZONA (Phoenix Division)**
**CRIMINAL DOCKET FOR CASE #: 2:06-mj-06226-DKD-ALL**
**Internal Use Only**

Case title: USA v. Boyd
Other court case number: CR 02-52(1) ADM District of Minnesota

Date Filed: 10/23/2006

---

Assigned to: Magistrate Judge David K Duncan

**Defendant**

**Steve Anthony Boyd** (1)
*TERMINATED: 10/24/2006*

represented by **Celia M Rumann**
Federal Public Defender's Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: celia_rumann@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** — **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** — **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** — **Disposition**

None

---

**Plaintiff**

**USA** represented by **Darcy A Cerow**
US Attorney's Office
40 N Central Ave
Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-364-7929
Email: Darcy.Cerow@USDOJ.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2006 | | Arrest of Steve Anthony Boyd (CLB) (Entered: 10/25/2006) |
| 10/23/2006 | 1 | Rule 5(c)(3) Documents Received as to Steve Anthony Boyd (CLB)) (Entered: 10/25/2006) |
| 10/24/2006 | 2 | Minute Entry for proceedings held before Judge David K Duncan :Initial Appearance in Rule 5(c)(3) Proceedings as to Steve Anthony Boyd held on 10/24/2006. Appointment of counsel hearing held on 10/24/2006. Appointing attorney Celia M Rumann for Steve Anthony Boyd with appointment type: AFPD. FINANCIAL AFDVT TAKEN. Detention Hearing and Preliminary Hearing reserved for prosecuting district. Identity Hearing waived. Warrant of removal issued.(Court Reporter courtsmart). (CLB) (Entered: 10/25/2006) |
| 10/24/2006 | 3 | ORDER APPOINTING COUNSEL as to Steve Anthony Boyd. Celia M Rumann for Steve Anthony Boyd appointed . Signed by Judge David K Duncan on 10/24/06. (CLB) (Entered: 10/25/2006) |
| 10/24/2006 | 4 | WAIVER of Rule 5 Hearings by Steve Anthony Boyd. Defendant waives Identity Hearing and reserves his right to have a Detention Hearing and a Preliminary Hearing in the prosecuting district. (CLB) (Entered: 10/25/2006) |
| 10/24/2006 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Steve Anthony Boyd. Defendant committed to District of District of Minnesota., Steve Anthony Boyd terminated. Signed by Judge David K Duncan on 10/24/06. (CLB) (Entered: 10/25/2006) |

I hereby attest and certify on 10/25/06
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By [signature] Deputy