A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
OCT 31 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-52 (1) ADM**

Steve Anthony Boyd

0541-0427-0995-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Steve Anthony Boyd

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Jackie Ellingson
(By) Jackie Ellingson, Deputy Clerk

April 27, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

SCANNED
NOV 01 2006
U.S. DISTRICT COURT MPLS

ARRESTED ON 10-23-06
ARRESTED BY USMS - Phoenix
U.S. MARSHAL
DISTRICT OF MINNESOTA

criminal\warrant.frm

DC Modified 12/08/04