# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

STEVE ANTHONY BOYD,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-52 ADM

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that CAROLINE DURHAM shall appear as appointed counsel of record for the above named defendant in this case.

Dated: December 5, 2006

*s/Caroline Durham*
CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415