**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-52 ADM |
| | ) | Date: 12/06/06 |
| Steven Anthony Boyd, | ) | Court Reporter: None |
| | ) | Tape Number: 32/1122-1480 |
| Defendant. | ) | Time Commenced: 3:35 p.m. |
| | ) | Time Concluded: 3:45 p.m. |
| | ) | Time in Court: 10 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**
Time in Court 10 min. Det:

APPEARANCES:

Plaintiff: David Genrich, Assistant U.S. Attorney
Defendant: Caroline Durham,
√ FPD

Interpreter / Language: None/English

On Warrant for Violation of √ Supervised Release

√ Defendant Ordered Detained - Government to submit proposed Order.

Additional Information:
Final revocation hearing date is Tuesday, December 19, 2006 at 11:00 a.m. before Judge Ann D. Montgomery.

s/AR
Criminal Duty Clerk