UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-52(01)(ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ANTHONY BOYD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER FOR DETENTION PENDING FINAL REVOCATION HEARING |

This matter came before the Court for a consolidated preliminary and detention hearing on a Petition for Revocation of Supervised Release in the above-captioned matter. Defendant was present and represented by Assistant Federal Public Defender Caroline Durham, Esq. The United States was represented by Assistant United States Attorney David M. Genrich.

Defendant, through counsel, waived a preliminary hearing on the alleged supervised release violation. The government persisted in its motion for detention, and defendant opposed the government's motion for continued detention pending a final revocation hearing.

The Court finds that the government has met its burden of showing by a preponderance of the evidence that no condition or combination of conditions will assure the defendant's appearance at future court proceedings. In support of its finding, the Court notes that defendant violated a condition of his supervised release imposed in this District in the above-captioned matter by traveling out-of-state, namely to the State of Arizona, without the permission of the Court or his probation officer. The failure to abide by that travel-related restriction imposed in this District

in the past compels the Court to conclude that no condition or combination of conditions will assure his future appearance in these proceedings. Moreover, the Court finds that defendant's arrest and conviction in Arizona for a new criminal offense while on supervised release in this matter further supports the continued detention of defendant pending further proceedings.

A final revocation hearing has been set for Tuesday, December 19, 2006, at 11:00 a.m. before the Honorable Judge Ann D. Montgomery.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion of the United States for continued temporary detention of defendant is granted;

2. A final revocation hearing is set in this matter before the Honorable Judge Ann D. Montgomery on December 19, 2006, at 11:00 a.m.;

3. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending trial;

4. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

5. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding, including in connection with the December 19, 2006, hearing referenced in paragraph 2 above.

Dated: December 8, 2006

*s/Janie S. Mayeron*
The Honorable Janie S. Mayeron
United States Magistrate Judge
District of Minnesota