**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

STEVEN ANTHONY BOYD,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

Case No: 02-52 ADM
Date: December 19, 2006
Court Reporter: Tim Willette
Time Commenced: 11:00 a.m.
Time Concluded: 11:20 a.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Caroline Durham : FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to a hearing.

ORDERED: It is found that the defendant violated the conditions of his supervised release and is, therefore, sentenced to the custody of the Bureau of Prisons for 6 months with 1 year of supervised release to follow. Defendant is granted a voluntary surrender date of December 27, 2006, at which time he shall surrender to the U.S. Marshal for service of his sentence.

s/Gertie Simon
Courtroom Deputy