Case 0:02-cr-00052-ADM Document 25-1 Filed 12/21/2006 Page 1 of 4

RECEIVED
FEB 9 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**STEVEN ANTHONY BOYD**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-52 ADM**
USM Number: **28714-013**
Social Security Number: **9483**
Date of Birth: **1974**

2006 DEC 22 A 10: 18
RECEIVED U.S. MARSHAL

**Caroline Durham**
Defendant's Attorney

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 DEC 22 P 12: 42

**THE DEFENDANT:**

[**X**] admitted guilt to violation of conditions of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation |
|---|---|
| Mandatory Condition | Defendant was booked into the Cocino County Jail in Flagstaff, Arizona, for possession of marijuana for sale and transport. |
| Standard Condition #1 | Defendant left the judicial district without permission of the Court. |
| Standard Condition #6 | Defendant failed to notify the probation officer ten day prior to any change in residence or employment. |

**The defendant is sentenced as provided in pages 2 through 4 of this judgment.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

2007 FEB

**December 19, 2006**
Date of Imposition of Judgment
s/Ann D. Montgomery

Signature of Judge

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judge

**December 21, 2006**
Date

A true printed copy in 4 sheet(s)
of the electronic record filed on 12/21/06
in the United States District Court
for the District of Minnesota.
CERTIFIED, 12/21, 2006
RICHARD D. SLETTEN
BY: ________ Deputy Clerk

SCANNED
FEB 1 2007
U.S. DISTRICT COURT

Case 0:02-cr-00052-ADM Document 25-1 Filed 12/21/2006 Page 2 of 4



DEFENDANT: STEVEN ANTHONY BOYD
CASE NUMBER: 02-52 ADM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months. Defendant shall receive credit for time served since October 24, 2006.**.

[X] The defendant shall surrender to the United States Marshal for this district.
[X] on **December 27, 2006**.
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 2-6-07 to FCI Sandstone MN

at MN, with a certified copy of this judgment.

United States Marshal

By FCC THA BOP BUS
~~Deputy United States Marshal~~

DEFENDANT: STEVEN ANTHONY BOYD
CASE NUMBER: 02-52 ADM

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **1 year.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

[] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: STEVEN ANTHONY BOYD
CASE NUMBER: 02-52 ADM

# SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d The defendant shall submit to urinalysis testing and/or drug treatment as directed by the Probation Officer.