PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

AUG 06 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steve Anthony Boyd**

**Docket No. 0:02CR00052-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steve Anthony Boyd** who was sentenced for Possessing with Intent to Distribute Marijuana by the Honorable Wiley Y. Daniel who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare, mandatory drug testing, and financial disclosure

The District of Minnesota accepted jurisdiction in this matter on February 12, 2002. Mr. Boyd's supervised release was revoked on December 19, 2006, and he was sentenced to a term of 6 months confinement, followed by 1 year supervised release. Supervision commenced on April 30, 2007.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION D: The defendant shall submit to urinalysis testing and/or drug treatment as directed by the Probation Officer.

Mr. Boyd failed to report for drug testing on July 9 and 19, 2007.

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On July 31, 2007, Mr. Boyd submitted a urine specimen which tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED

AUG 07 2007

U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 6th day of Aug., 2007, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer
Telephone: 612-664-5370

Executed on August 3, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission