Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Steve Anthony Boyd

Docket No. 0:02CR00052-001

## HEARING WAIVER

I, Steve Anthony Boyd, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Steve Boyd
Steve Anthony Boyd

Witness: Elizabeth M. Callah

Dated: 8-1-07

SCANNED
AUG 07 2007
U.S. DISTRICT COURT MPLS